Certificate Number: 14912-NJ-DE-038834694

Bankruptcy Case Number: 21-17483

14912-NJ-DE-038834694

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2024, at 5:30 o'clock PM EDT, Sharon King completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: September 4, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor