GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ 07017

Re: SHARON YVONNE KING
105 BEDFORD STREET
EAST ORANGE, NJ 07018

Atty: GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ 07017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
**Chapter 13 Case # 21-17483**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $16,828.00**

## RECEIPTS AS OF 01/01/2025

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/20/2021 | $190.00 | 8027254000 | 11/10/2021 | $190.00 | 8073329000 |
| 12/03/2021 | $190.00 | 8125453000 | 01/05/2022 | $222.00 | 8190555000 |
| 02/03/2022 | $206.00 | 8251870000 | 03/02/2022 | $206.00 | 8312916000 |
| 04/04/2022 | $206.00 | 8381942000 | 05/04/2022 | $206.00 | 8447744000 |
| 06/03/2022 | $206.00 | 8505286000 | 07/05/2022 | $206.00 | 8568085000 |
| 08/03/2022 | $296.00 | 8625845000 | 09/02/2022 | $296.00 | 8686352000 |
| 10/03/2022 | $296.00 | 8745852000 | 11/03/2022 | $296.00 | 8803120000 |
| 12/02/2022 | $296.00 | 8861444000 | 01/03/2023 | $296.00 | 8915798000 |
| 02/03/2023 | $296.00 | 8977044000 | 03/03/2023 | $296.00 | 9031496000 |
| 04/03/2023 | $296.00 | 9090000000 | 05/03/2023 | $296.00 | 9145726000 |
| 06/05/2023 | $296.00 | 9204737000 | 07/03/2023 | $296.00 | 9254635000 |
| 08/02/2023 | $296.00 | 9308359000 | 09/05/2023 | $296.00 | 9360636000 |
| 10/03/2023 | $296.00 | 9411877000 | 11/03/2023 | $296.00 | 9464487000 |
| 12/04/2023 | $296.00 | 9512380000 | 01/03/2024 | $296.00 | 9563878000 |
| 02/02/2024 | $296.00 | 9613985000 | 03/05/2024 | $296.00 | 9669098000 |
| 04/02/2024 | $296.00 | 9714653000 | 05/03/2024 | $296.00 | 9766107000 |
| 06/04/2024 | $296.00 | 9817137000 | 07/03/2024 | $296.00 | 9864276000 |
| 08/05/2024 | $296.00 | 9912419000 | 09/03/2024 | $296.00 | 9959404000 |
| 10/15/2024 | $296.00 | 1002493300 | 11/04/2024 | $296.00 | 1005769600 |
| 12/04/2024 | $296.00 | 1010389800 | | | |

**Total Receipts: $10,612.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $10,612.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 09/16/2024 | $30.08 | 933,353 | 09/16/2024 | $14.00 | 933,353 |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 09/16/2024 | $29.03 | 933,353 | 10/21/2024 | $25.48 | 934,752 |
| | 10/21/2024 | $24.59 | 934,752 | 10/21/2024 | $11.85 | 934,752 |
| | 11/18/2024 | $25.22 | 936,238 | 11/18/2024 | $24.33 | 936,238 |
| | 11/18/2024 | $11.73 | 936,238 | 12/16/2024 | $25.21 | 937,621 |
| | 12/16/2024 | $24.33 | 937,621 | 12/16/2024 | $11.73 | 937,621 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 09/16/2024 | $14.49 | 933,393 | 09/16/2024 | $21.63 | 933,393 |
| | 10/21/2024 | $8.83 | 934,795 | 10/21/2024 | $12.27 | 934,795 |
| | 10/21/2024 | $18.32 | 934,795 | 11/18/2024 | $12.14 | 936,275 |
| | 11/18/2024 | $18.12 | 936,275 | 12/16/2024 | $12.14 | 937,662 |
| | 12/16/2024 | $8.02 | 937,662 | 12/16/2024 | $18.12 | 937,662 |
| CITIBANK NA | | | | | | |
| | 09/16/2024 | $21.48 | 933,064 | 10/21/2024 | $7.03 | 934,421 |
| | 10/21/2024 | $18.19 | 934,421 | 11/18/2024 | $18.00 | 935,914 |
| | 12/16/2024 | $18.00 | 937,295 | 12/16/2024 | $6.38 | 937,295 |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 09/16/2024 | $15.63 | 933,494 | 10/21/2024 | $13.24 | 934,903 |
| | 11/18/2024 | $13.11 | 936,382 | 12/16/2024 | $13.10 | 937,760 |
| FIRST NATIONAL BANK OF OMAHA | | | | | | |
| | 09/16/2024 | $6.37 | 933,118 | 10/21/2024 | $5.39 | 934,476 |
| | 11/18/2024 | $5.34 | 935,965 | 12/16/2024 | $5.34 | 937,345 |
| JERSEY CENTRAL FEDERAL CREDIT UNION | | | | | | |
| | 06/12/2023 | $239.51 | 911,905 | 07/17/2023 | $276.76 | 913,425 |
| | 08/14/2023 | $276.76 | 914,942 | 09/18/2023 | $276.76 | 916,438 |
| | 10/16/2023 | $276.76 | 917,908 | 11/13/2023 | $272.32 | 919,357 |
| | 12/11/2023 | $272.32 | 920,754 | 01/08/2024 | $272.32 | 922,142 |
| | 02/12/2024 | $272.32 | 923,512 | 03/11/2024 | $272.32 | 924,951 |
| | 04/15/2024 | $272.32 | 926,405 | 05/10/2024 | $272.32 | 927,849 |
| | 06/17/2024 | $272.32 | 929,291 | 07/15/2024 | $272.32 | 930,742 |
| | 08/19/2024 | $230.37 | 932,183 | 09/16/2024 | $12.48 | 933,611 |
| | 10/21/2024 | $10.57 | 935,040 | 11/18/2024 | $10.45 | 936,501 |
| | 12/16/2024 | $10.46 | 937,891 | | | |
| LVNV FUNDING LLC | | | | | | |
| | 08/19/2024 | $7.93 | 932,225 | 09/16/2024 | $8.19 | 933,650 |
| | 09/16/2024 | $15.65 | 933,650 | 09/16/2024 | $28.51 | 933,650 |
| | 09/16/2024 | $43.82 | 933,650 | 10/21/2024 | $6.94 | 935,086 |
| | 10/21/2024 | $13.25 | 935,086 | 10/21/2024 | $43.85 | 935,086 |
| | 10/21/2024 | $24.15 | 935,086 | 11/18/2024 | $23.89 | 936,544 |
| | 11/18/2024 | $13.11 | 936,544 | 11/18/2024 | $6.86 | 936,544 |
| | 11/18/2024 | $43.41 | 936,544 | 12/16/2024 | $43.38 | 937,934 |
| | 12/16/2024 | $23.89 | 937,934 | 12/16/2024 | $13.11 | 937,934 |
| | 12/16/2024 | $6.86 | 937,934 | | | |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | |
| | 09/16/2024 | $14.14 | 933,088 | 09/16/2024 | $15.62 | 933,088 |
| | 10/21/2024 | $13.23 | 934,445 | 10/21/2024 | $8.83 | 934,445 |
| | 10/21/2024 | $11.98 | 934,445 | 10/21/2024 | $5.67 | 934,445 |
| | 11/18/2024 | $11.85 | 935,937 | 11/18/2024 | $13.08 | 935,937 |
| | 12/16/2024 | $11.85 | 937,315 | 12/16/2024 | $5.14 | 937,315 |
| | 12/16/2024 | $8.02 | 937,315 | 12/16/2024 | $13.09 | 937,315 |
| QUANTUM3 GROUP LLC | | | | | | |
| | 09/16/2024 | $5.36 | 8,004,259 | 11/18/2024 | $9.04 | 8,004,342 |
| WELLS FARGO BANK NA | | | | | | |
| | 09/16/2024 | $11.16 | 934,191 | 10/21/2024 | $9.45 | 935,702 |
| | 11/18/2024 | $9.35 | 937,102 | 12/16/2024 | $9.35 | 938,518 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 21-17483**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 645.39 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,508.62 | 100.00% | 4,508.62 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0004 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BANK OF AMERICA | UNSECURED | 4,489.83 | * | 131.19 | |
| 0008 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,161.85 | * | 63.18 | |
| 0010 | CAPITAL ONE/BOSCOVS | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CITIBANK NA | UNSECURED | 3,205.44 | * | 93.66 | |
| 0014 | CITIBANK NORTH AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CITIBANK NA | UNSECURED | 568.11 | * | 13.41 | |
| 0018 | LVNV FUNDING LLC | UNSECURED | 7,726.68 | * | 225.76 | |
| 0020 | COMCAST - XFINITY | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | COMENITY BANK/WAYFAIR | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | COMENITY/BURLINGTON | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | COMENITY/MPRC | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | COMENITYCAPITAL/BIG LOT | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,110.68 | * | 61.68 | |
| 0030 | DSRM NAT BANK/VALERO | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | DEPARTMENT STORE NATIONAL BANK/M | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 2,333.47 | * | 68.19 | |
| 0037 | DR. LEONARDS/CAROL WRIGHT/SHOP N( | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | FIRST NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 950.42 | * | 27.78 | |
| 0044 | JERSEY CENTRAL FEDERAL CREDIT UNI( | SECURED | 4,027.80 | 100.00% | 4,027.80 | |
| 0045 | PAYPAL CREDIT SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 457.76 | * | 10.81 | |
| 0047 | SYNCB/PLCC | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | SYNCB/TOYS R US | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | SYNCB/CAR CARE PEP B | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,227.93 | * | 94.33 | |
| 0054 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,330.86 | * | 68.10 | |
| 0060 | SYNCHRONY BANK/BP | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | QUANTUM3 GROUP LLC | UNSECURED | 800.38 | * | 23.39 | |
| 0064 | LVNV FUNDING LLC | UNSECURED | 4,254.73 | * | 124.32 | |
| 0066 | SYNCHRONY BANK/JCPENNEY | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | SYNCHRONY BANK/PC RICHARDS & SON | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 713.78 | * | 16.85 | |
| 0074 | LVNV FUNDING LLC | UNSECURED | 2,335.16 | * | 68.24 | |
| 0076 | TD BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | TARGET | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | TRAC/CBCD/CITICORP | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0085 | WAYFAIR CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0086 | WELLS FARGO BANK NA | UNSECURED | 1,665.22 | * | 48.66 | |
| 0089 | BANK OF AMERICA | UNSECURED | 4,332.86 | * | 126.60 | |
| 0090 | BANK OF AMERICA | UNSECURED | 2,088.87 | * | 61.04 | |
| 0091 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 713.65 | * | 16.85 | |
| 0092 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0094 | JERSEY CENTRAL FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0095 | JERSEY CENTRAL FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0096 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-17483**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0097 | SYNCB/CAR CARE PEP B | UNSECURED | 0.00 | * | 0.00 | |
| 0098 | TRAC/CBCD/CITICORP | UNSECURED | 0.00 | * | 0.00 | |
| 0099 | LVNV FUNDING LLC | UNSECURED | 1,222.33 | * | 35.72 | |
| 0100 | JERSEY CENTRAL FEDERAL CREDIT UNI( | UNSECURED | 1,862.10 | * | 54.41 | |

**Total Paid: $10,615.98**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $10,612.00 - Paid to Claims: $5,461.97 - Admin Costs Paid: $5,154.01 = Funds on Hand: $292.02

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.